F. B. CARPENTER AND WIFE, MARY CARPENTER, AND R. L. CARPENTER v. HORACE YANCEY AND DAISY YANCEY AND H. S. JOYNER.

(Filed 23 November, 1949.)

**Frauds, Statute of, § 15—**

Nonsuit is properly entered in an action on a contract relating to the sale of realty when plaintiff introduces only oral evidence of the alleged written agreement.

APPEAL by plaintiffs from *Bobbitt, J.,* September Term, 1949, of GASTON. Affirmed.

*J. L. Hamme for appellants.*
*Ernest R. Warren for defendants, appellees.*

PER CURIAM. This was an action to recover of the defendants damages for breach of contract relative to the purchase of a house and lot in Gastonia. The case on appeal recites "writings purporting to set forth the terms of the contract were signed and exchanged." On the trial the plaintiffs offered the oral testimony of one of the plaintiffs but declined to offer the written contract. The court held plaintiff had failed to make out a case, and entered judgment of nonsuit. We affirm.